2008 AUG -6 PM 4:28

JAMES VEREEN,                     )
                                  )
          Movant,                 )
                                  )
v.                                )    CASE NO.   CV407-169
                                  )               (CR406-009)
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )
                                  )

## O R D E R

After a de novo review of the record in this case, the
Court concurs with the Magistrate Judge's Report and
Recommendation, to which objections have been filed.
Accordingly, the Report and Recommendation of the
Magistrate Judge is **ADOPTED** as the opinion of the Court.

Movant has also filed a Motion for Leave to Amend his
28 U.S.C. § 2255 Motion.   (Doc. 13.)   Therein, Movant
argues that his attorney was ineffective for failing to
object to the Court's calculation of his criminal history
category.   He states that two prior offenses for petty
theft should not have been counted because they did not
result in a "sentence of imprisonment."   However, these
prior offenses were added to his criminal history under
Sentencing Guideline § 4A1.1(c), which does not require a
sentence of imprisonment.   See Sentencing Guideline

§ 4A1.2(a). Therefore, his attorney was not ineffective for not objecting on this ground. Accordingly, the Motion to Amend is **DENIED.**

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 6th day of August, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA